**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| SZAUER, ZENON A. | ) | CASE NO. 04-22926 |
| | ) | |
| Debtor(s) | ) | JUDGE JACQUELINE P. COX |
| | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

>   At:   U.S. BANKRUPTCY COURT
>         219 S. DEARBORN ST, COURTROOM 619
>         CHICAGO, ILLINOIS 60604
>
>   On:   **JULY 24, 2007**
>   At:   **9:30 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                    $         38,739.12

    b. Disbursements                               $            251.46

    c. Net Cash Available for Distribution         $         38,487.66

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 4,623.91 | $ |
| Trustee's Firm Legal | $ 0.00 | $ 24,834.00 | $ |
| Trustee's Firm Legal | $ 0.00 | $ | $ 334.71 |
| Trustee's Accountant | $ 0.00 | $ 783.00 | $ |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $362,571.63, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $2.18%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Salwomir Grzywaczewski | $ 291,862.78 | $ 6,369.03 |
| 3 | B-Line, LLC/ Chase Bank USA, N.A. B-Line, LLC | $ 9,077.98 | $ 198.10 |
| 4 | American Express Centurion Bank | $ 5,068.79 | $ 110.61 |
| 5 | American Express Bank FSB | $ 15,502.36 | $ 338.29 |
| 6 | JP Morgan Chase Bank, N.A. successor by Merger with Bank One | $ 2,096.58 | $ 45.75 |
| 7 | Citibank USA N.A. | $ 12,113.91 | $ 264.35 |
| 8 | MBNA America Bank N.A. | $ 11,472.23 | $ 250.35 |
| 9 | Citibank (South Dakota) N.A. Citibank/Choice | $ 15,377.00 | $ 335.56 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated:   **June 21, 2007**            For the Court,

                         By:   **KENNETH S. GARDNER**
                               Kenneth S. Gardner
                               Clerk of the United States Bankruptcy Court
                               219 S. Dearborn Street, 7th Floor
                               Chicago, IL  60604

## SERVICE/CREDITOR LIST FOR ZENON SZAUER

Office of the U.S. Trustee
227 W. Monroe Street
Suite 3350
Chicago, IL 60606

Steven R. Radtke
Chill Chill & Radtke
20 N. Clark Street, Suite 1425
Chicago, IL 60602

Mitchell A. Cohen
7749 N. Milwaukee Avenue
Niles, IL 60714

Nathaniel D. Lawrence
Lawrence & Morris
2835 N. Sheffield Avenue
Suite 232
Chicago, IL 60657

Washington Mutual
c/o Jose Moreno
Codilis & Associates
15W030 W. Frontage Road
Suite 100
Burr Ridge, IL 60527

Mid America Bank
2650 Warrenville Road
Suite 500
Downers Grove, IL 60515
Attention: Mortgage Department

American Express
P.O. Box 360002
Fl Lauderdale, FL 33336

Baker, Miller, Markoff & Krasny, LLC
29 N. Wacker Drive
5th Floor
Chicago, IL 60606

Bank of America
P.O. Box 53132
Phoenix, AZ 85072-3134

Bank One
P.O. Box 260161
Baton Rouge, LA 70826

CS Center Corporation
P.O. Box 12237
Hauppauge, NY 11788-0867

Capital One
P.O. Box 85015
Richmond, VA 23285-5015

Chase Manhattan Bank
227 W. Monroe Street
#2700
Chicago, Illinois 60606

Citi Cards
P.O. Box 6405
The Lakes, NV 88901-6405

Encore Receivable
Management, Inc.
P.O. Box 3330
Olathe, KS 66063-3330

GC Services Limited Partnership
6330 Gulfton
Houston, TX 77081

Home Depot
Home Depot Credit Service
Processing Center
Des Moines, IA 50364

MBNA America
P.O. Box 15137
Wilmington, DE 19886

MidAmerica Bank
2650 Warrenville Road
Suite 500
Downers Grove, Illinois 60515

Slawomir Grzywaczewski
Pilsudskiego 57
22200 Wlodawa, Poland

Slawomir Grzywaczewski
c/o Richard Chelminski
5521 N. Cumberland
#1109
Chicago, Illinois 60656

Solidium Credit Services
1920 Main Street
#710
Irvine, CA 92614

Washington Mutual
P.O. Box 70308
Charlotte, NC 28272-0308