**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| SZAUER, ZENON A. | ) | CASE NO. 04-22926 |
| | ) | |
| Debtor(s) | ) | JUDGE  JACQUELINE P. COX |
| | ) | |

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO the Debtor(s), Creditors, and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

> At:    U.S. BANKRUPTCY COURT
> 219 S. DEARBORN ST, COURTROOM 619
> CHICAGO, ILLINOIS 60604
>
> On:    **JULY 24, 2007**
> At:    **9:30 A.M.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.      The Trustee's Final Report shows total:

| | |
|---|---|
| a. Receipts | $            38,739.12 |
| b. Disbursements | $               251.46 |
| c. Net Cash Available for Distribution | $            38,487.66 |

4.    Applications for administration fees and expenses have been filed as follows:

| Applicant | | Compensation Previously Paid | | Fees Now Requested | | Expenses Now Requested |
|---|---|---|---|---|---|---|
| Trustee | $ | 0.00 | $ | 4,623.91 | $ | |
| Trustee's Firm Legal | $ | 0.00 | $ | 24,834.00 | $ | |
| Trustee's Firm Legal | $ | 0.00 | $ | | $ | 334.71 |
| Trustee's Accountant | $ | 0.00 | $ | 783.00 | $ | |

5.    In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6.    Claims of general unsecured creditors totaling $362,571.63, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be $2.18%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | | Proposed Payment | |
|---|---|---|---|---|---|
| 1 | Salwomir Grzywaczewski | $ | 291,862.78 | $ | 6,369.03 |
| 3 | B-Line, LLC/ Chase Bank USA, N.A. B-Line, LLC | $ | 9,077.98 | $ | 198.10 |
| 4 | American Express Centurion Bank | $ | 5,068.79 | $ | 110.61 |
| 5 | American Express Bank FSB | $ | 15,502.36 | $ | 338.29 |
| 6 | JP Morgan Chase Bank, N.A. successor by Merger with Bank One | $ | 2,096.58 | $ | 45.75 |
| 7 | Citibank USA N.A. | $ | 12,113.91 | $ | 264.35 |
| 8 | MBNA America Bank N.A. | $ | 11,472.23 | $ | 250.35 |
| 9 | Citibank    (South    Dakota)    N.A. Citibank/Choice | $ | 15,377.00 | $ | 335.56 |

7.    Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.   The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.   Debtor has been discharged.

10.   The Trustee proposed to abandon the following property at the hearing:

Dated:   **June 21, 2007**                    For the Court,

                          By:   **KENNETH S. GARDNER**
                                Kenneth S. Gardner
                                Clerk of the United States Bankruptcy Court
                                219 S. Dearborn Street, 7th Floor
                                Chicago, IL  60604

## SERVICE/CREDITOR LIST FOR ZENON SZAUER

Office of the U.S. Trustee
227 W. Monroe Street
Suite 3350
Chicago, IL 60606

Steven R. Radtke
Chill Chill & Radtke
20 N. Clark Street, Suite 1425
Chicago, IL 60602

Mitchell A. Cohen
7749 N. Milwaukee Avenue
Niles, IL 60714

Nathaniel D. Lawrence
Lawrence & Morris
2835 N. Sheffield Avenue
Suite 232
Chicago, IL 60657

Washington Mutual
c/o Jose Moreno
Codilis & Associates
15W030 W. Frontage Road
Suite 100
Burr Ridge, IL 60527

Mid America Bank
2650 Warrenville Road
Suite 500
Downers Grove, IL 60515
Attention: Mortgage Department

American Express
P.O. Box 360002
Fl Lauderdale, FL 33336

Baker, Miller, Markoff & Krasny, LLC
29 N. Wacker Drive
5th Floor
Chicago, IL 60606

Bank of America
P.O. Box 53132
Phoenix, AZ 85072-3134

Bank One
P.O. Box 260161
Baton Rouge, LA 70826

CS Center Corporation
P.O. Box 12237
Hauppauge, NY 11788-0867

Capital One
P.O. Box 85015
Richmond, VA 23285-5015

Chase Manhattan Bank
227 W. Monroe Street
#2700
Chicago, Illinois 60606

Citi Cards
P.O. Box 6405
The Lakes, NV 88901-6405

Encore Receivable
Management, Inc.
P.O. Box 3330
Olathe, KS 66063-3330

GC Services Limited Partnership
6330 Gulfton
Houston, TX 77081

Home Depot
Home Depot Credit Service
Processing Center
Des Moines, IA 50364

MBNA America
P.O. Box 15137
Wilmington, DE 19886

MidAmerica Bank
2650 Warrenville Road
Suite 500
Downers Grove, Illinois 60515

Slawomir Grzywaczewski
Pilsudskiego 57
22200 Wlodawa, Poland

Slawomir Grzywaczewski
c/o Richard Chelminski
5521 N. Cumberland
#1109
Chicago, Illinois 60656

Solidium Credit Services
1920 Main Street
#710
Irvine, CA 92614

Washington Mutual
P.O. Box 70308
Charlotte, NC 28272-0308

**BAE SYSTEMS**

# CERTIFICATE OF SERVICE

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

```
District/off: 0752-1          User: amcc7              Page 1 of 2           Date Rcvd: Jun 21, 2007
Case: 04-22926               Form ID: pdf002          Total Served: 37
```

The following entities were served by first class mail on Jun 23, 2007.
```
db          +Zenon A Szauer,   1718 W Altgeld Street,   Chicago, IL 60614-1994
aty         +Jose G Moreno,   Codilis & Associates,   15W030 N Frontage Road,   Suite 100,
             Burr Ridge, IL 60527-6921
aty         +Lawrence J. Stark,   Stone, Pogrund & Korey,   221 North LaSalle Street,   Suite 3200,
             Chicago, IL 60601-1512
aty         +Mitchell A Cohen,   7749 N Milwaukee Ave,   Niles, IL 60714-4733
aty         +Much Shelist Freed Denenberg Ament & Rubenst,   191 N. Wacker Drive,   Suite 1800,
             Chicago, IL 60606-1615
aty         +Steven R Radtke,   Chill Chill & Radtke P C,   79 W. Monroe Street,   Suite 1305,
             Chicago, IL 60603-4925
tr          +Norman B Newman,   Much Shelist Freed Denenberg,   191 North Wacker Drive Ste 1800,
             Chicago, IL 60606-1615
cr          +MidAmerica Bank FSB,   Lawrence J. Stark,   221 N. LaSalle Suite 3200,   Chicago, IL 60601-1512
cr          +Washington Mutual Home Loans, Inc.,   c/o Codilis & Associates, P.C.,
             15W030 North Frontage Road, Suite 100,   Burr Ridge, IL 60527-6921
8183975     +American Express,   PO Box 360002,   Ft. Lauderdale, FL 33336-0002
10612029     American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10611226     American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001 Malvern PA 19355-0701
8183976     +Baker, Miller, Markoff,   & Krasny, LLC,   11 S. LaSalle Street,   19th Floor,
             Chicago, IL 60603-1203
8183977     +Bank of America,   PO Box 53132,   Phoenix, AZ 85072-3132
8183978     +BankOne,   PO Box 260161,   Baton Rouge, LA 70826-0161
8183979      CS Center Corporation,   PO Box 12237,   Hauppauge, NY 11788-0867
8183980      Capital One,   PO Box 85015,   Richmond, VA 23285-5015
8183981     +Chase Manhattan Bank,   227 W. Monroe Street, #2700,   Chicago, IL 60606-5081
8183982      Citi Cards,   PO Box 6405,   The Lakes, NV 88901-6405
10690447    +Citibank (South Dakota) N.A.,   Citibank/Choice,   Exception Payment Processing,   Po Box 6305,
             The Lakes, NV 88901-6305
10651814    +Citibank USA N.A.,   DBA: The Home Depot,   Po Box 9025,   Des Moines, IA 50368-9025
8183983     +Encore Receivable,   Management, Inc.,   PO Box 3330,   Olathe, KS 66063-3330
8183984     +GC Services Limited,   Partnership,   6330 Gulfton,   Houston, TX 77081-1108
8183985     +Home Depot,   Home Depot Credit Service,   Processing Center,   Des Moines, IA 50364-0001
10641464    +JP Morgan Chase Bank, N.A. successor by Merger,   with Bank One N.A.,
             Attn: Bankruptcy Department,   Po Box 3155,   Milwaukee, WI 53201-3155
8183986     +MBNA America,   PO Box 15137,   Wilmington, DE 19886-5137
10666402    +MBNA America Bank N.A.,   Mail Stop Des - 014-02-03,   Po Box 15168,   Wilmington, DE 19850-5168
8183987     +MidAmerica Bank,   2650 Warrenville Rd.,   Suite 500,   Downers Grove, IL 60515-2074
8477927     +Salwomir Grzywaczewski,   C/O Mitchell A. Cohen,   7749 N. Milwaukee Ave,   Niles, IL 60714-4733
8183988      Slawomir Grzywaczewski,   Pilsudskiego 57,   22200 Wlodawa, Poland
8183989     +Slawomir Grzywaczewski,   c/o Richard S. Chelminski,   5521 N. Cumberland, #1109,
             Chicago, IL 60656-4720
8183990     +Solidium Credit Services,   1920 Main Street, #710,   Irvine, CA 92614-7209
8183992     +Steven R. Radtke,   Chill, Chill & Radtke, P.C.,   20 North Clark St., Suite 1425,
             Chicago, IL 60602-4109
8405826      Teresa Maria Zajac,   Polanki 126B,   80 322 Gdansk,   Poland
8183974     +US Bankruptcy Court,   Eastern Division,   219 S. Dearborn,   7th Floor,   Chicago, IL 60604-1702
8183991      Washington Mutual,   PO Box 70308,   Charlotte, NC 28272-0308
```

The following entities were served by electronic transmission on Jun 22, 2007.
```
10588410    +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Jun 22 2007 02:45:21
             B-Line, LLC/ Chase Bank USA, N.A.,   B-Line, LLC,   Mail Stop 550,   2101 4th Ave, Ste 1030,
             Seattle, WA 98121-2317
                                                                                        TOTAL: 1
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc          Lois West,   Popwcer Katten Ltd
acc          Popwcer Katten
10456687     MidAmerica Bank FSB
8183993*     Zenon A. Szauer,   1718 W. Altgeld Street,   Chicago, IL 60614-1994
                                                                                 TOTALS: 3, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

District/off: 0752-1          User: amcc7          Page 2 of 2          Date Rcvd: Jun 21, 2007
Case: 04-22926               Form ID: pdf002       Total Served: 37

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 23, 2007**                    **Signature:**