IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| SZAUER, ZENON A | CASE NO. 04-22926 |
| | HONORABLE JACQUELINE P. COX |
| Debtor(s) | |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO:   THE HONORABLE JACQUELINE P. COX,
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses attached as Exhibit 1, as well as the Trustee's Distribution Report, a copy of which is attached as Exhibit 2.

All checks have been cashed as evidenced in Form 2 herein attached as Exhibit 3 reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.

9/14/07
DATE

NORMAN NEWMAN, TRUSTEE

# EXHIBIT 1

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| SZAUER, ZENON A. | ) | CASE NO. 04-22926 |
| | ) | |
| Debtor(s) | ) | JUDGE JACQUELINE P. COX |
| | ) | |

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 4,623.91 |
| 2. | Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 4,623.91 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 24,834.00 |
| | b. Expenses | $ | 334.71 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 783.00 |
| | b. Expenses | $ | 0.00 |
| | TOTAL | $ | 25,951.71 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

Dated this 24th day of July, 2007

ENTERED: _____
JACQUELINE P. COX
UNITED STATES BANKRUPTCY JUDGE

**ENTERED**
JUL 2 4 2007
Judge Jacqueline P. Cox
United States Bankruptcy Court

# EXHIBIT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| SZAUER, ZENON A. | ) | CASE NO. 04-22926 |
| | ) | |
| | ) | JUDGE JACQUELINE P. COX |
| Debtor(s) | ) | |

## DISTRIBUTION REPORT

I, <u>NORMAN NEWMAN</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 30,575.62 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims | $ 7,969.59 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $ 38,545.21 |

EXHIBIT D

| 1. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| Secured Claims | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $30,575.62 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| A | Norman B. Newman, Trustee | 4,623.91 | 4,623.91 |
| B | Much Shelist, et.al. | 24,834.00 | 24,834.00 |
| C | Much Shelist, et.al. | 334.71 | 334.70 |
| D | Popowcer Katten, Ltd. | 783.00 | 783.00 |

| 3. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $0.00 | 0.00% |

EXHIBIT D

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| 507(a)(7) - Alimony | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §724(b) - Tax Liens | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|

**EXHIBIT D**

| | | | |
|---|---|---:|---:|
| §726(a)(2) - General Claims (To be paid <u>pro-rata</u> after costs of administration and priority claims are paid in full) | | $362,571.63 | 2.198073% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| 1 | Salwomir Grzywaczewski | 291,862.78 | 6,415.36 |
| 3 | B-Line, LLC/ Chase Bank USA, N.A. B-Line, LLC | 9,077.98 | 199.54 |
| 4 | American Express Centurion Bank | 5,068.79 | 111.42 |
| 5 | American Express Bank FSB | 15,502.36 | 340.75 |
| 6 | JP Morgan Chase Bank, N.A. successor by Merger with Bank One | 2,096.58 | 46.08 |
| 7 | Citibank USA N.A. | 12,113.91 | 266.27 |
| 8 | MBNA America Bank N.A. | 11,472.23 | 252.17 |
| 9 | Citibank (South Dakota) N.A. Citibank/Choice | 15,377.00 | 338.00 |

| | | | |
|---|---|---:|---:|
| 14. | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
| Subordinated unsecured claims | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| | | | |
|---|---|---:|---:|
| 15. | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
| §726(a)(3) - Late unsecured claims | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**EXHIBIT D**

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(5) - Interest | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 2 | MidAmerica Bank<br>2650 Warrenville Rd.<br>Suite 500<br>Downers Grove, IL 60515 | $102,213.76 | Disallowed |

EXHIBIT D

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: July 24, 2007　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　NORMAN NEWMAN, Trustee

**EXHIBIT D**

# Claims Proposed Distribution

## Case: 04-22926   SZAUER, ZENON A.

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:** $38,545.21      **Total Proposed Payment:** $38,545.21      **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| A | Norman B. Newman, Trustee <2100-00 Trustee Compensation> | Admin Ch. 7 | 4,623.91 | 4,623.91 | 0.00 | 4,623.91 | 4,623.91 | 33,921.30 |
| B | Much Shelist, et.al. <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 24,834.00 | 24,834.00 | 0.00 | 24,834.00 | 24,834.00 | 9,087.30 |
| C | Much Shelist, et.al. <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 334.71 | 334.71 | 0.00 | 334.71 | 334.71 | 8,752.59 |
| D | Popowcer Katten, Ltd. <3410-00 Accountant for Trustee Fees (Other Firm)> | Admin Ch. 7 | 783.00 | 783.00 | 0.00 | 783.00 | 783.00 | 7,969.59 |
| **SUBTOTAL FOR ADMIN CH. 7** | | | **30,575.62** | **30,575.62** | **0.00** | **30,575.62** | **30,575.62** | |
| 1 | Salwomir Grzywaczewski  Claim Memo: Unsecured$291862.78 | Unsecured | 291,862.78 | 291,862.78 | 0.00 | 291,862.78 | 6,415.36 | 1,554.23 |
| 3 | B-Line, LLC/ Chase Bank USA, N.A. B-Line, LLC  Claim Memo: Unsecured$9077.98 | Unsecured | 9,077.98 | 9,077.98 | 0.00 | 9,077.98 | 199.54 | 1,354.69 |
| 4 | American Express Centurion Bank  Claim Memo: Unsecured$5068.79 | Unsecured | 5,068.79 | 5,068.79 | 0.00 | 5,068.79 | 111.42 | 1,243.27 |
| 5 | American Express Bank FSB  Claim Memo: Unsecured$15502.36 | Unsecured | 15,502.36 | 15,502.36 | 0.00 | 15,502.36 | 340.75 | 902.52 |
| 6 | JP Morgan Chase Bank, N.A. successor by Merger with Bank One  Claim Memo: Unsecured$2096.58 | Unsecured | 2,096.58 | 2,096.58 | 0.00 | 2,096.58 | 46.08 | 856.44 |
| 7 | Citibank USA N.A.  Claim Memo: Unsecured$12113.91 | Unsecured | 12,113.91 | 12,113.91 | 0.00 | 12,113.91 | 266.27 | 590.17 |
| 8 | MBNA America Bank N.A.  Claim Memo: Unsecured$11472.23 | Unsecured | 11,472.23 | 11,472.23 | 0.00 | 11,472.23 | 252.17 | 338.00 |
| 9 | Citibank (South Dakota) N.A. Citibank/Choice  Claim Memo: Unsecured$15377.00 | Unsecured | 15,377.00 | 15,377.00 | 0.00 | 15,377.00 | 338.00 | 0.00 |
| **SUBTOTAL FOR UNSECURED** | | | **362,571.63** | **362,571.63** | **0.00** | **362,571.63** | **7,969.59** | |

# Claims Proposed Distribution

## Case:  04-22926    SZAUER, ZENON A.

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $38,545.21 | Total Proposed Payment: | $38,545.21 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Total for Case 04-22926 : | | $393,147.25 | $393,147.25 | $0.00 | $393,147.25 | $38,545.21 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $30,575.62 | $30,575.62 | $0.00 | $30,575.62 | 100.000000% |
| Total Unsecured Claims : | $362,571.63 | $362,571.63 | $0.00 | $7,969.59 | 2.198073% |

# EXHIBIT 3

Case 04-22926    Doc 70    Filed 10/04/07    Entered 10/04/07 11:47:59    Desc Main
Document    Page 16 of 20

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 04-22926 0013 | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|
| Case Name: | SZAUER, ZENON A. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****72-65 - Money Market Account |
| Taxpayer ID #: | 13-7492502 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/14/07 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/12/06 | {10} | FIRST AMERICAN TITLE | SALE OF DEBTOR'S FORMER RESIDENCE | 1249-000 | 37,945.99 | | 37,945.99 |
| 01/24/06 | {10} | FIRST AMERICAN TITLE INSURANCE CO. | HOLDBACK FOR WATER BILL | 1249-000 | 424.50 | | 38,370.49 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 9.93 | | 38,380.42 |
| 02/14/06 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2006 FOR CASE #04-22926, Bond #016026455 | 2300-000 | | 35.42 | 38,345.00 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 20.61 | | 38,365.61 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 22.82 | | 38,388.43 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 24.30 | | 38,412.73 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 26.11 | | 38,438.84 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 25.28 | | 38,464.12 |
| 07/25/06 | 1002 | Illinois Department of Revenue | FEIN: 13-7492502 | 2820-000 | | 184.00 | 38,280.12 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 26.14 | | 38,306.26 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 26.05 | | 38,332.31 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 24.36 | | 38,356.67 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 26.89 | | 38,383.56 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 25.22 | | 38,408.78 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 24.40 | | 38,433.18 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 25.62 | | 38,458.80 |
| 02/06/07 | 1003 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2007 FOR CASE #04-22926, Bond #016026455 | 2300-000 | | 32.04 | 38,426.76 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 19.15 | | 38,445.91 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.53 | | 38,466.44 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 21.22 | | 38,487.66 |
| | | | | Subtotals : | $38,739.12 | $251.46 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 04-22926 0013 | Trustee: | NORMAN NEWMAN (330560) |
| Case Name: | SZAUER, ZENON A. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****72-65 - Money Market Account |
| Taxpayer ID #: | 13-7492502 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/14/07 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 21.23 | | 38,508.89 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 19.87 | | 38,528.76 |
| 07/24/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 16.45 | | 38,545.21 |
| 07/24/07 | | To Account #*********7266 | Final Report Transfer | 9999-000 | | 38,545.21 | 0.00 |
| | | | ACCOUNT TOTALS | | 38,796.67 | 38,796.67 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 38,545.21 | |
| | | | Subtotal | | 38,796.67 | 251.46 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $38,796.67 | $251.46 | |

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 04-22926 0013 | | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|---|
| Case Name: | SZAUER, ZENON A. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 13-7492502 | | Account: | ***-*****72-66 - Checking Account |
| Period Ending: | 09/14/07 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| | | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/24/07 | | From Account #********7265 | Final Report Transfer | 9999-000 | 38,545.21 | | 38,545.21 |
| 07/24/07 | 101 | Norman B. Newman, Trustee | Dividend paid 100.00% on $4,623.91, Trustee Compensation; Reference: | 2100-000 | | 4,623.91 | 33,921.30 |
| 07/24/07 | 102 | Much Shelist, et.al. | Dividend paid 100.00% on $24,834.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 24,834.00 | 9,087.30 |
| 07/24/07 | 103 | Much Shelist, et.al. | Dividend paid 100.00% on $334.71, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 334.71 | 8,752.59 |
| 07/24/07 | 104 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $783.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 783.00 | 7,969.59 |
| 07/24/07 | 105 | Salwomir Grzywaczewski | Dividend paid  2.19% on $291,862.78; Claim# 1; Filed: $291,862.78; Reference: | 7100-000 | | 6,415.36 | 1,554.23 |
| 07/24/07 | 106 | B-Line, LLC/ Chase Bank USA, N.A. B-Line, LLC | Dividend paid  2.19% on $9,077.98; Claim# 3; Filed: $9,077.98; Reference: | 7100-000 | | 199.54 | 1,354.69 |
| 07/24/07 | 107 | American Express Centurion Bank | Dividend paid  2.19% on $5,068.79; Claim# 4; Filed: $5,068.79; Reference: | 7100-000 | | 111.42 | 1,243.27 |
| 07/24/07 | 108 | American Express Bank FSB | Dividend paid  2.19% on $15,502.36; Claim# 5; Filed: $15,502.36; Reference: | 7100-000 | | 340.75 | 902.52 |
| 07/24/07 | 109 | JP Morgan Chase Bank, N.A. successor by Merger with Bank One | Dividend paid  2.19% on $2,096.58; Claim# 6; Filed: $2,096.58; Reference: | 7100-000 | | 46.08 | 856.44 |
| 07/24/07 | 110 | Citibank USA N.A. | Dividend paid  2.19% on $12,113.91; Claim# 7; Filed: $12,113.91; Reference: | 7100-000 | | 266.27 | 590.17 |
| 07/24/07 | 111 | MBNA America Bank N.A. | Dividend paid  2.19% on $11,472.23; Claim# 8; Filed: $11,472.23; Reference: | 7100-000 | | 252.17 | 338.00 |
| 07/24/07 | 112 | Citibank (South Dakota) N.A. | Dividend paid  2.19% on $15,377.00; Claim# | 7100-000 | | 338.00 | 0.00 |

Subtotals :  $38,545.21    $38,545.21

{} Asset reference(s)    Printed: 09/14/2007 02:52 PM    V.9.55

## Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 04-22926 0013 | | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|---|
| Case Name: | SZAUER, ZENON A. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****72-66 - Checking Account |
| Taxpayer ID #: | 13-7492502 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/14/07 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | Citibank/Choice | 9; Filed: $15,377.00; Reference: | | | | |

| | | | | |
|---|---|---|---|---|
| ACCOUNT TOTALS | | | 38,545.21 | 38,545.21 | $0.00 |
| Less: Bank Transfers | | | 38,545.21 | 0.00 | |
| Subtotal | | | 0.00 | 38,545.21 | |
| Less: Payments to Debtors | | | | 0.00 | |
| NET Receipts / Disbursements | | | $0.00 | $38,545.21 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***-*****72-65 | 38,796.67 | 251.46 | 0.00 |
| Checking # ***-*****72-66 | 0.00 | 38,545.21 | 0.00 |
| | $38,796.67 | $38,796.67 | $0.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| SZAUER, ZENON A | CASE NO. 04-22926 |
| | HONORABLE JACQUELINE P. COX |
| Debtor(s) | |

### ORDER APPROVING TRUSTEE'S FINAL ACCOUNT

    The Trustee having filed his/her Final Account, and the Trustee having certified that the estate has been fully administered pursuant to FRBP 5009 and no objections having been field to the Final Account:

    IT IS HEREBY ORDERED that the Final Account is approved, that the Trustee is discharged, and that the case shall be closed pursuant to 11 U.S.C. §350.

_____    _____
DATE                              UNITED STATES BANKRUPTCY JUDGE